# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COREY L. FOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-413-DRH |
| | ) |
| **ROGER E. WALKER, JR.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

The Court previously found that Plaintiff had filed an altered trust fund statement, thus making "blatant misrepresentations" to the Court (Doc. 8). Plaintiff was denied leave to proceed *in forma pauperis*, and he was directed to pay the full $350 filing fee within 15 days. That 15-day period elapsed over two weeks ago, and Plaintiff has failed to tender that $350 filing fee.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** with prejudice for non-payment, for failure to comply with an order of this Court, and for filing blatantly altered documents. *See* FED.R.CIV.P. 11, 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Court finds that Plaintiff's misrepresentations constitute malicious litigation, *see* 28 U.S.C. § 1915A; therefore, the dismissal of this action will count as one of Plaintiff's three allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

DATED: August 7, 2006.

/s/   David   RHerndon
**DISTRICT JUDGE**